IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GILBERT SEDILLO,

     Plaintiff,

v.                                                                                    No. 25-cv-903-KG/SCY

ROBERT LOWE, *et al.*,

     Defendants.

ORDER OF DISMISSAL

THIS MATTER is before the Court following Plaintiff's failure to prosecute his Prisoner's Civil Rights Complaint (Doc. 1). Plaintiff was incarcerated at the Metropolitan Detention Center when the case was filed and is proceeding *pro se*. He filed a Motion to Proceed *In Forma Pauperis*, but the motion did not include a six-month inmate account statement. *See* (Doc. 2). Such statement is required by statute in all cases where, as here, a plaintiff files a civil action while incarcerated. *See* 28 U.S.C. § 1915(a)(2). By an Order to Cure Deficiency ("Order") entered May 26, 2026, the Court directed Plaintiff to submit the inmate account statement within 30 days. *See* (Doc. 6). The Order warns that failure to timely comply may result in dismissal of this case without further notice.

The deadline to submit an account statement was June 25, 2026. Plaintiff did not comply, show cause for such failure, or otherwise respond to the Order, which was returned as undeliverable. *See* (Doc. 7). Plaintiff has also not provided an updated address as required by D.N.M. Local Civil Rule 83.6. Accordingly, the Court will dismiss the Complaint (Doc. 1) pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the rules of civil

procedure or court's orders."  *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003); *see also*

*Salazar v. Arapahoe Cty. Det. Facility*, 787 Fed. App'x 542, 543 (10th Cir. 2019) (affirming

dismissal order where plaintiff failed to "address[] the inmate account statement or explain[] his

failure to comply with the ordered deadline").  The Court will also deny Plaintiff's pending

Motion to Proceed *In Forma Pauperis* (Doc. 2), Motion for Service (Doc. 3), and Motion to

Execute Bench Warrants (Doc. 4), which are now moot.

IT IS THEREFORE ORDERED that Plaintiff's Prisoner's Civil Rights Complaint

(Doc.  1) is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).  The Court will

enter a separate judgment closing this civil case.

IT IS FURTHER ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis*

(Doc. 2), Motion for Service (Doc. 3), and Motion to Execute Bench Warrants (Doc. 4), are

DENIED as moot.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.